# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| POCONO COMMUNITY THEATER, | : | No. 347 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| MONROE COUNTY BOARD OF | : | |
| ASSESSMENT APPEALS, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.